**Order entered October 30, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00650-CV

## KEVIN HINDS, Appellant

## V.

## KELLY BETH CAIDWELL, ZACHARY ADAM ALLEN, TRINA T. WILSON AND ASSOCIATES, TRINA T. WILSON, GOVERNMENT EMPLOYEE INSURANCE COMPANY, AND STATE BAR OF TEXAS, Appellees

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-13392**

## ORDER

The reporter's record in this accelerated appeal is past due. By postcard dated June 13, 2018, we notified Vielica Dobbins, Official Court Reporter for the 134th Judicial District Court, that the reporter's record was overdue and directed her to file the reporter's record within ten days. By order dated July 30, 2018, we again notified Ms. Dobbins the reporter's record was overdue and ordered her to, within ten days, file either (1) the reporter's record; (2) written verification no hearings were recorded; or (3) written verification that appellant had not paid for or made arrangements to pay for the reporter's record. To date, Ms. Dobbins has failed to comply with the Court's order.

Accordingly, we **ORDER** Vielica Dobbins to file, within **TEN DAYS** of the date of this order, either (1) the reporter's record; (2) written verification no hearings were recorded; or (3) written verification that appellant has not paid for or made arrangements to pay for the reporter's record. *We notify appellant that if we receive verification he has not requested the reporter's record or paid for or made arrangements to pay for the reporter's record, we will order the appeal submitted without the reporter's record. See* Tex. R. App. P. 37.3(c).

We expressly **CAUTION** Ms. Dobbins that failure to comply with this order **WILL** result in the Court taking such action as is necessary to have Ms. Dobbins comply with the Court's orders, including an order that she not sit as a court reporter until she complies.

We **DIRECT** the Clerk to send copies of this order to:

Honorable Dale Tillery
Presiding Judge
134th Judicial District Court

Vielica Dobbins
Official Court Reporter
134th Judicial District Court

All parties

/s/     CAROLYN WRIGHT
CHIEF JUSTICE